**No. 09-9913. Lye Huat Ong, Petitioner v. Roderick R. Sowers, Warden, et al.**

560 U.S. 943, 130 S. Ct. 3366, 176 L. Ed. 2d 1253, 2010 U.S. LEXIS 4463, ▉

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 348 Fed. Appx. 875.

**No. 09-9917. Tommy Lee, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.**

560 U.S. 943, 130 S. Ct. 3366, 176 L. Ed. 2d 1253, 2010 U.S. LEXIS 4438.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-9920. Joshua K. Brink, Petitioner v. Lawrence Kelly, Superintendent, Mississippi State Penitentiary.**

560 U.S. 943, 130 S. Ct. 3366, 176 L. Ed. 2d 1253, 2010 U.S. LEXIS 4406.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 359 Fed. Appx. 455.

**No. 09-9921. Michael Banks, Petitioner v. City of Chicago, Illinois, et al.**

560 U.S. 943, 130 S. Ct. 3366, 176 L. Ed. 2d 1253, 2010 U.S. LEXIS 4522.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-9923. Nelson C. Burns, Petitioner v. A. K. Scribner, Warden.**

560 U.S. 943, 130 S. Ct. 3366, 176 L. Ed. 2d 1253, 2010 U.S. LEXIS 4400.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-9925. Joseph R. Thames, Petitioner v. Deborah Miller.**

560 U.S. 943, 130 S. Ct. 3367, 176 L. Ed. 2d 1253, 2010 U.S. LEXIS 4395.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 334 Fed. Appx. 136.

**No. 09-9930. Anthony B. Cook, Petitioner v. Chuck Dwyer, et al.**

560 U.S. 943, 130 S. Ct. 3367, 176 L. Ed. 2d 1253, 2010 U.S. LEXIS 4402.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-9931. Victor L. Durden, Petitioner v. Burl Cain, Warden.**

560 U.S. 943, 130 S. Ct. 3367, 176 L. Ed. 2d 1253, 2010 U.S. LEXIS 4515.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.